# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

BETTY MARIA SANTIAGO,
AKA, BETTY MARIA SLAFMAN

Debtor

: Bankruptcy No. 22-10672-elf

: Chapter 13

:

## DEBTOR'S MOTION FOR RECONSIDERATION OF THE ORDER DISMISSING HER BANKRUPTCY

And Now comes debtor, Betty Maria Santiago, seeking reconsideration under F.R.B.P. 9024 of this Cour'ts Order dismissing her bankruptcy for failing to file required documents in that the documents were timely filed.

1. By Order dated March 18, 2022, Debtor was required to file certain documents.by March 31, 2022.

2. Debtor sent her husband to the Court to file all the required documents on that date.

3. He filed the documents at the Court House at 5:20 pm on that date. See Exhibits attached hereto with the time stamped receipts.

4. Thus, the Court has all the required documents.

5. Further, they were timely filed.

6. The federal personnel at the Court House assured him he could file the documents there.

7. Reopening the case services justice and saves the refiling of the case.

Dated: April 7, 2022         Respectfully submitted by: _____
                                                        Betty Maria Santiago, Debtor
                                                        7230 Claridge Street
                                                        Philadelphia, PA 19111